IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

YOUNCHER WASHINGTON,

    Plaintiff,

v.                                                          Case No. 3:26-cv-8-AW-ZCB

C.J. MCLEAN, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff did not accurately disclose his litigation history, contrary to this court's rules. The magistrate judge recommends dismissal on this basis, ECF No. 4, and Plaintiff has not objected to the report and recommendation.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice under the court's inherent power to manage its docket and enforce the Local Rules, based on Plaintiff's failure to truthfully disclose his litigation history." The clerk will then close the file.

SO ORDERED on February 6, 2026.

                                              s/ *Allen Winsor*
                                              Chief United States District Judge